IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDYPOLO LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3556 |
| | § | |
| CARAVAN RUG CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant Caravan Rug Corporation's motion to exceed the 25-page limit for its motion for summary judgment (Docket Entry No. 56) is granted in part. It is ordered that the court's 25-page limit is increased to 35 pages.

SIGNED on November 13, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge